IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOMINQUE TRENT VAUGHAN,

    Plaintiff,

        v.                                                                          Civil Action No. 3:23cv522

COL. BOWERS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 22, 2023, the Court conditionally docketed Plaintiff's action. On September 7, 2023, the United States Postal Service returned the August 22, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff is no longer housed in that institution. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 10/10/2023                                                               /s/
Richmond, Virginia                                      M. Hannah Lauck
                                                                United States District Judge